Order entered October 18, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00234-CR
No. 05-12-00235-CR
No. 05-12-00236-CR
No. 05-12-00237-CR
No. 05-12-00238-CR
No. 05-12-00239-CR

**ROBERT DOUGLAS GINTER, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the 199th District Court
Collin County, Texas
Trial Court Cause Nos. 199-81522-10, 199-81898-10, 199-81899-10,
199-81900-10, 199-81901-10, 199-8102-10

## ORDER

The Court **ORDERS** court reporter Niki Garcia to file, within **FIFTEEN DAYS** of the

date of this order, a supplemental record containing Defendant's Exhibit no. 1, CD of jail calls.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Niki

Garcia, 207 Royal Oaks Place, Denton, Texas 76210, and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE